This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**BAKER HUGHES INCORPORATED**
**and Baker Petrolite Corporation,**
**Plaintiffs–Appellees,**

v.

**NALCO COMPANY, Defendant–**
**Appellant.**

No. 2010–1124.

United States Court of Appeals,
Federal Circuit.

May 7, 2010.

John H. Barr, Jr., Bracewell & Giuliani LLP, of Houston, TX, argued for plaintiffs-appellees. With him on the brief were Warren W. Harris, Jeffrey L. Oldham and Christopher A. Shield. Of counsel on the brief was Bruce Wieder, Dow Lohnes PLLC, of Washington, DC.

Michael J. Abernathy, K & L Gates LLP, of Chicago, IL, argued for defendant-appellant. With him on the brief were Robert M. Barrett and Jason A. Engel.

RADER, GAJARSA, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.